# Order

November 20, 2020

162004-6(40)

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ROBERT HUTH, Personal Representative
of the ESTATE OF PATRICIA REID,
      Plaintiff-Appellant,

v

DR. DONALD WEAVER, DMC SPECIALTY
SERVICES, DMC HARPER UNIVERSITY
HOSPITAL, also known as HARPER
UNIVERSITY HOSPITAL, and VHS
HARPER-HUTZEL HOSPITAL,
      Defendants,
and

BARBARA ANN KARMANOS CANCER
HOSPITAL,
      Defendant-Appellee.

SC: 162004
COA: 352033
Wayne CC: 18-008143-NH

_____/

ROBERT HUTH, Personal Representative
of the ESTATE OF PATRICIA REID,
      Plaintiff-Appellant,

v

DR. DONALD WEAVER,
      Defendant-Appellee,
and

DMC SPECIALTY SERVICES, DMC HARPER
UNIVERSITY HOSPITAL, also known as
HARPER UNIVERSITY HOSPITAL, VHS
HARPER-HUTZEL HOSPITAL, and BARBARA
ANN KARMANOS CANCER HOSPITAL,
      Defendants.

SC: 162005
COA: 352105
Wayne CC: 18-008143-NH

_____/

 ROBERT HUTH, Personal Representative
of the ESTATE OF PATRICIA REID,
      Plaintiff-Appellant,

v

SC: 162006
COA: 352118
Wayne CC: 18-008143-NH

DR. DONALD WEAVER and BARBARA ANN
KARMANOS CANCER HOSPITAL,
      Defendants,
and

DMC SPECIALTY SERVICES, DMC HARPER
UNIVERSITY HOSPITAL, also known as
HARPER UNIVERSITY HOSPITAL, and VHS
HARPER-HUTZEL HOSPITAL,
      Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of defendants-appellees in MSC No. 162006 to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on October 26, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2020



Clerk